UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. CRAMER,<br>      Plaintiff,<br>    v.<br>ROBERT NEUSCHMID, et al.,<br>      Defendants. | Case No. 20-00896 EJD (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a California state prisoner, filed a pro se civil rights action pursuant to 42 U.S.C. § 1983. On July 9, 2020, the Court dismissed the complaint with leave to amend within twenty-eight days of the court order. Dkt. No. 8. In a separate order, the Court denied Plaintiff's motion for leave to proceed in forma pauperis ("IFP") because he did not show an adequate level of poverty. Dkt. No. 7. Plaintiff was directed to pay the full filing fee within twenty-eight days of the court order. Id.

On August 19, 2020, the Court denied Plaintiff's motion for reconsideration of the denial of leave to proceed IFP, Dkt. No. 9, and granted Plaintiff an extension of time to pay the filing fee and an amended complaint. Dkt. No. 11.[1] Plaintiff was advised that failure to file an amended complaint and to pay the full filing fee in the time provided

---

[1] The court order was resent to Plaintiff on September 21, 2020, when it appeared the first copy was sent to the wrong address.

1 would result in the dismissal of this action without prejudice and without further notice to
2 Plaintiff.  Id. at 3.
3     The deadline for Plaintiff to comply with the Court's order has passed.  Because
4 Plaintiff has failed to pay the filing fee and file an amended complaint in the time
5 provided, this action is **DISMISSED** without prejudice.  The Clerk shall terminate all
6 deadlines and close the file.
7     **IT IS SO ORDERED.**
8 Dated:  11/4/2020

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
P:\PRO-SE\EJD\CR.20-00896Cramer_dis_am.compl&fee.docx

2